UNITED STATES of America,
Plaintiff-Appellant,

v.

D. W. DOOLEY, James S. Welch and
Chelsea Title & Guaranty Co., a cor-
poration doing business in Florida, De-
fendants-Appellees.

No. 28204.

United States Court of Appeals,
Fifth Circuit.

April 1, 1970.

Edward F. Boardman, U. S. Atty.,
Tampa, Fla., Alan S. Rosenthal, Leonard
Schaitman, Robert E. Kopp, Attys., Dept.
of Justice, Washington, D. C., for plain-
tiff-appellant.

William B. Mesmer, Orlando, Fla., for
Dooley & Welch.

Howard P. Rives, Clearwater, Fla.,
for appellee Chelsea Title & Guaranty
Co.

Before PHILLIPS *, BELL and SIMP-
SON, Circuit Judges.

PER CURIAM:

The district court granted summary
judgment against the United States,
plaintiff below, in its suit to recover
from closing agents (a firm of attorneys
as to 8 transactions and a title company
as to 21 transactions) for the loss occa-
sioned by the insolvency of the mortga-
gee in transactions for resale of homes
previously foreclosed upon or repossess-
ed by the Federal Housing Administra-
tion as insuror of mortgages on such
properties, when the closing agents had
recorded deeds to the properties prior
to receiving the purchase money from
the defaulting mortgagee.

On oral argument, appellant's
counsel stated that basically there was
no dispute as to the facts and that the
government had therefore filed no coun-
ter-affidavits. We construe this as a
concession that the facts were not in

* Honorable Orie L. Phillips, United States Circuit Judge, Tenth Circuit, sitting by designation.

dispute so that the district court could properly consider entry of summary judgment under Rule 56, F.R.Civ.P.

 We conclude that the appellant has failed to demonstrate, below or here, that any breach of their contractual responsibilities was committed by the closing agents. Hence the summary judgment in their favor was proper.

Affirmed.